UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-60392-Civ-COHN/Seltzer

RONALD SAATHOFF and ANNE SAATHOFF,
individually and as parents and natural guardians
of MATTHEW SAATHOF, a minor,

    Plaintiffs,

v.

DUKE UNIVERSITY, d/b/a Duke University Talent
Identification Program, a North Carolina corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO SUBSTITUTE OR JOIN PARTY

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Substitute or Join Party [DE 22]. The Court has carefully considered the Motion and notes the lack of any opposition to the motion. The deadline to oppose the motion passed on July 19, 2010.

Plaintiffs seek to substitute and join Matthew Saathof into this case as he has now reached the age of majority in Florida. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion to Substitute or Join Party [DE 22] is hereby **GRANTED**;

2.     Plaintiff Matthew Saathof shall appear on his own behalf as to Count I of the Complaint, substituting for Ronald Saathoff and Anne Saathoff, his parents and natural guardians;

3.     Ronald Saathof and Anne Saathof shall remain as parties to this action as to

their individual claims in Count II of the Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record on CM/ECF